## Commonwealth *v.* Jackson, Appellant.

Argued November 12, 1969. *Donald E. Williams,* Public Defender, for appellant; *John R. Seltzer,* Assistant District Attorney, with him *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Janick, Appellant.

Submitted November 10, 1969. *Sigmund L. Bloom* and *John R. Wingerter,* and *Bloom, Bloom, Rosenberg & Bloom,* and *Carney, Good, Brabender, Palmisano & Walsh,* for appellant; *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jones, Appellant.

Submitted November 10, 1969. *Joseph P. Moschetta,* Public Defender, for appellant; *Jack H. France,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.